Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 19−10176−JKS
                        Chapter: 13
                        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Soomi Park
   dba Morado
   475 Tulane Court
   Paramus, NJ 07652

Social Security No.:
   xxx−xx−2888

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/3/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 4, 2019
JAN: zlh

                                                                 Jeanne Naughton
                                                                 Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                                     Case No. 19-10176-JKS
Soomi Park                                                                 Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin                Page 1 of 1                  Date Rcvd: Apr 04, 2019
                               Form ID: 148               Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2019.
db             +Soomi Park,    475 Tulane Court,    Paramus, NJ 07652-5645
cr             +HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR,    Phelan Hallinan & Schmieg, PC,
                 1617 JFK Boulevard,   Suite 1400,   Philadelphia, PA 19103-1814
518037423       HSBC Bank USA, National Association Et.Al.,    Wells Fargo Bank, N.A.,
                 Default Document Processing,   MAC# N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
517952494      +M&T Bank,    PO Box 62181,   Baltimore, MD 21264-2181

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 05 2019 00:16:25     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 05 2019 00:16:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517952491      +EDI: BANKAMER.COM Apr 05 2019 03:38:00      Bank of America,   PO Box 15710,
                 Wilmington, DE 19886-5710
517952492      +EDI: CAPITALONE.COM Apr 05 2019 03:38:00      Capital One,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
517952493      +EDI: CAPITALONE.COM Apr 05 2019 03:38:00      Capital One,   PO Box 71104,
                 Charlotte, NC 28272-1104
518044918      +EDI: AIS.COM Apr 05 2019 03:38:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518119929       E-mail/Text: camanagement@mtb.com Apr 05 2019 00:15:51      M&T Bank,   P.O. Box 840,
                 Buffalo, NY 14240-0840
518062108       EDI: PRA.COM Apr 05 2019 03:38:00      Portfolio Recovery Associates, LLC,    c/o Saks,
                 POB 41067,   Norfolk VA 23541
517952495      +EDI: WFFC.COM Apr 05 2019 03:38:00      Wells Fargo,   PO Box 10335,   Des Moines, IA 50306-0335
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2019 at the address(es) listed below:
              Dong Sung Kim    on behalf of Debtor Soomi  Park kimchoikim@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
               WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-18
               nj.bkecf@fedphe.com
              Robert Davidow     on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
               WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-18
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```